1 | Susan St. Vincent
2 | Legal Officer
  | NATIONAL PARK SERVICE
3 | Legal Office
  | P.O. Box 517
4 | Yosemite, California  95389
  | Telephone:  (209) 372-0241
5 |
6 |
7 |
8 |                     UNITED STATES DISTRICT COURT
9 |                    EASTERN DISTRICT OF CALIFORNIA
10 |
11 | UNITED STATES OF AMERICA,          No. 6:17-MJ-0099-MJS
12 |             Plaintiff,
13 |      v.                             **MOTION TO DISMISS; AND**
                                          **ORDER THEREON**
14 | GLORIA GUTIERREZ,
15 |             Defendant.
16 |
17 | Pursuant to Rule 48 of the Federal Rules of Criminal Procedure, and by leave of
18 | Court endorsed hereon, the United States hereby moves the Court for an order of
19 | dismissal without prejudice and in the interest of justice.  The defendant has provided
20 | proof of a current driver's license and vehicle equipment repair.
21 |      .
22 |
23 | Dated:  March 5, 2018              /S/ Susan St. Vincent
                                        Susan St. Vincent
24 |                                    Legal Officer
                                        Yosemite National Park
25 |
26 |
27 |
28 |
                                         1

| | |
|---|---|
| 1 | **ORDER** |
| 2 | |
| 3 | Upon application of the United States, and good cause having been shown therefor, IT IS HEREBY ORDERED that the above referenced matter, *United States v. Gutierrez* 6:17-MJ-0099-MJS, be dismissed, without prejudice, in the interest of justice. |

IT IS SO ORDERED.

Dated:   March 5, 2018         /s/ *Michael J. Seng*
                                                    UNITED STATES MAGISTRATE JUDGE